CT Corporation

**Service of Process Transmittal**
08/09/2011
CT Log Number 518968002

TO:  Jill M Calafiore - Rm 3A233G
AT&T Corp.
One AT&T Way-
Bedminster, NJ 07921-

RE: **Process Served in Kentucky**

FOR: AT&T Corp. (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Llyod Gross, Pltf. vs. A.T. & T. Corp., et al., Dfts.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Harlan County Circuit Court, KY<br>Case # 11CI00490 |
| **NATURE OF ACTION:** | Personal Injury - On 08/07/10, Pltf. was struck in the eye by a wire belonging to A.T. & T. Corp. while he was mowing his lawn |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/09/2011 postmarked on 08/08/2011 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day of delivery |
| **ATTORNEY(S) / SENDER(S):** | Johnnie L. Turner<br>Johnnie L. Turner, P.S.C.<br>114 South First Street<br>P.O. Box 351<br>Harlan, KY 40831<br>606-573-9000 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight , 795064175023<br>Image SOP<br>Email Notification, Jill M Calafiore - Rm 3A233G jcalafiore@att.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br><br><br>**TELEPHONE:** | C T Corporation System<br>Amy McLaren<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>800-592-9023 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| AOC-105          Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 11-CI- 00480<br>Court  ☑ Circuit ☐ District<br>County  Harlan |

**PLAINTIFF**

Lloyd                                                    Gross

3915 Highway 219

Wallins                          Kentucky              40873

**VS.**

**DEFENDANT**

A.T.&T. Corp.

One AT&T Way

Bedminster                       New Jersey            07470

**Service of Process Agent for Defendant:**

CT Corporation System

306 W. Main Street, Suite 512

Frankfort                                    Kentucky            40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____8-3_____, 20_11_          _Paul F. Williams_          Clerk

By: _____L.P._____          D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

COMMONWEALTH OF KENTUCKY
26TH JUDICIAL CIRCUIT
HARLAN CIRCUIT COURT
CIVIL ACTION NO. 11-CI-_OO 490

LLOYD GROSS,                                                    PLAINTIFF,
3915 Highway 219
Wallins, Kentucky 40873

                                    VS.

A.T. & T. Corp.
One AT&T Way
Bedminster, MJ 07470

         ***Agent for Service of Process:***
         *C.T. Corporation System*
         *306 W. Main Street, Suite 512*
         *Frankfort, Kentucky 40601*

STEVE NORRIS
Corbin, Kentucky

JEFF HALL
Corbin, Kentucky

and UNKNOWN DEFENDANT OR DEFENDANTS          DEFENDANTS

---

## COMPLAINT

---

        Comes now the Plaintiff, LLOYD GROSS, and for his Complaint herein states as

follows:

        1.      The Plaintiff, LLOYD GROSS, is and has been a resident of Harlan County,

Wallins, Kentucky at all times relevant herein, with a mailing address of 3915 Highway 219,

Wallins, Harlan County, Kentucky, 40873.

        2.      The Defendant, A.T.&T. Corp., to the best of the Plaintiff's knowledge and

belief is a foreign corporation doing business in Kentucky with a Kentucky Headquarters

-1-

address of 601 West Chestnut Street, Louisville, Kentucky, 40203 and is in the business of providing telephone service and has a Principal office located at One AT&T Way, Bedminster, NJ, 07470. Their agent for service of process is CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, Kentucky, 40601.

3. The Defendants, and UNKNOWN DEFENDANT, to the best of the Plaintiff's knowledge at all times relevant herein have been citizens and residents of Kentucky, and are employed by the Defendant, A.T.& T. Corp., and worked or was responsible for work in Harlan County, Kentucky and were acting in the scope of employment while inspecting or working or responsible for inspecting the premises of the Plaintiff. The Plaintiff understands the employees who work in the Harlan area reports to the Corbin Office.

4. The Defendant, STEVE NORRIS, to the best of the Plaintiff's knowledge is and has been a citizen and resident of Kentucky, at all times herein, and an employee of the Defendant, A.T.& T. Corp., and to the best of the Plaintiff's knowledge is in Corbin, Kentucky and was acting in the scope of employment while responsible on the property of A.T.&T on premises of the Plaintiff.

5. The Defendant, JEFF HALL, to the best of the Plaintiff's knowledge is and has been a citizen and resident of Kentucky, at all times herein, and an employee of the Defendant, A.T.& T. Corp., located and this individual is located in Corbin, Kentucky and was acting in the scope of employment while responsible on the property of A.T. &T on premises of the Plaintiff.

6. On the 7th day of August, 2010, at around 5:00 p.m. the Plaintiff was mowing his lawn when he ran over wire belonging to A.T. & T. Corp. connected to a utility pole and not visible to him and of which he was unaware. The wire then struck Mr. Lloyd Gross in

the eye requiring someone take him to the local hospital where he was seen and then transferred to the University of Kentucky Hospital for treatment. To the best of the Plaintiff's knowledge, this wire belonged to A.T.&T. Corp. and was placed on his property by the Unknown Defendant acting on behalf of the Defendant, A.T. & T. Corp.

7.     As a direct result of the negligent and careless acts of the Defendants, one or all, the Plaintiff suffered serious physical injuries to his eye, and other parts of his body.

8.     The Defendants, by allowing their wire to hang loosely down on the ground and not being clearly visible did so in the fashion aforedescribed and acted negligently, and with disregard for the safety of the Plaintiff.

9.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff, LLOYD GROSS, has suffered, and will in the future, continue to suffer, significant disability, great and excruciating pain and anguish both of body and mind.

10.     By reason of and as a direct and proximate consequence and as a result of the negligent acts of the Defendants, one or all, the Plaintiff, LLOYD GROSS, was as aforedescribed severely and permanently injured and as a result of said injuries has incurred medical expense in excess of $1,000.00.

11.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff is entitled to damages in excess of the jurisdiction of the District Court and within the jurisdiction of the Circuit Court.

12.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff has expended money for medical expenses in the past and will be required to expend sums of money for future medical expenses.

-3-

13.   By reason of and as a direct and proximate consequence of the negligent acts of the Defendant, one or all, the Plaintiff, LLOYD GROSS, having been seriously and permanently injured as aforedescribed, has suffered and will continue to suffer great pain, anguish, anxiety and inconvenience for all of which he should recover from the Defendant herein.

14.   By reason of and as a direct and proximate consequence of the negligent acts of the Defendant, one or all, and in light of the injuries resulting from such negligence, the Plaintiff is entitled to damages by reason of his power to earn having been diminished.

WHEREFORE, the Plaintiff, LLOYD GROSS, demands judgment of the Court against the Defendants both jointly and severely, as follows:

1.   The Court grant judgment against the Defendant, A.T. & T. Corp. STEVE NORRIS, JEFF HALL, and UNKNOWN DEFENDANT OR DEFENDANTS, for past, present and future medical expenses.

2.   The Court grant judgment against the Defendant, A.T. & T. Corp. STEVE NORRIS, JEFF HALL, and UNKNOWN DEFENDANT OR DEFENDANTS, for past, present, and future pain and suffering.

3.   The Court grant judgment against the Defendant, A.T. & T. Corp. STEVE NORRIS, JEFF HALL, and UNKNOWN DEFENDANT OR DEFENDANTS, for Plaintiffs impairment to earn.

4.   The Plaintiff be granted a trial upon all issues regarding this matter.

5.   The Plaintiff be granted pre-judgement and post judgment interest.

6.   The Plaintiff be granted all his cost herein expended.

7.   The Court grant the Plaintiff all relief to which it may appear he is entitled.

-4-

This _4_ day of ___August___, 2011.

LLOYD GROSS

Johnnie L. Turner
JOHNNIE L. TURNER, P.S.C.
114 South First Street
P.O. Box 351
Harlan, Kentucky  40831
(606) 573-9000 - telephone
(606) 573-4404 - facsimile
Johnnieturner@harlanonline.net

***

I, LLOYD GROSS,  certify that I have read the statements contained in the foregoing Complaint and that same are true to the best of my knowledge and belief.

This the _4_ day of ___August___, 2011.

LLOYD GROSS

STATE OF KENTUCKY}
COUNTY OF HARLAN}

SUBSCRIBED, SWORN TO and ACKNOWLEDGED before me by LLOYD GROSS on this the _4th_ day of ___August___, 2011.

My Commission Expires: _August 16th, 2013_

Notary Public

-5-



PAUL F. WILLIAMS
CIRCUIT COURT CLERK
HARLAN CIRCUIT & DISTRICT COURTS
P.O. BOX 190
HARLAN, KENTUCKY 40831-0190

CI   11-CI-00490
626256



**CERTIFIED MAIL™**

7008 1140 0003 7634 0484



RETURN RECEIPT
REQUESTED

A.T.&T. CORP.,
SERVE: CT CORPORATION SYSTEM
306 W. MAIN STREET, STE 512
FRANKFORT KY 40601



UNITED STATES POSTAGE
$ 05.79°
PITNEY BOWES
02 1A
0004360752  AUG08  2011
MAILED FROM ZIP CODE 40831

COMMONWEALTH OF KENTUCKY
26TH JUDICIAL CIRCUIT
HARLAN CIRCUIT COURT
CIVIL ACTION NO. 11-CI-00490

LLOYD GROSS,                                              PLAINTIFF,

VS.

BELLSOUTH TELECOMMUNICATION'S LLC
STEVE NORRIS, JEFF HALL
and UNKNOWN DEFENDANT OR DEFENDANTS          DEFENDANTS

---

**CERTIFIED LIST PURSUANT TO 411.188(4)**

---

I hereby certify that the parties hereinafter named have been notified pursuant to KRS

Chapter 411 of the commencement of this action seeking to recover damages, the same being:

HMS
Kentucky Medicaid Recovery Unit
150 Flynn Avenue, Suite 150
Frankfort, Kentucky 40601

This the 18 day of August, 2011.

LLOYD GROSS

Johnnie L. Turner
**JOHNNIE L. TURNER, P.S.C.**
114 South First Street
P.O. Box 351
Harlan, Kentucky 40831
(606)573-9000 - telephone
(606)573-4404 - facsimile
johnnieturner@harlanonline.net

RECEIVED AUG 1 9 2011

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing motion was served via

first class mail on the following:


David Stratton
P.O. Box 1530
Pikeville, Kentucky 41501


Johnnie L. Turner
Attorney for Plaintiff

COMMONWEALTH OF KENTUCKY
26TH JUDICIAL CIRCUIT
HARLAN CIRCUIT COURT
CIVIL ACTION NO. 11-CI-00490

LLOYD GROSS,                                             PLAINTIFF,

                              VS.

A.T. & T. Corp., STEVE NORRIS, JEFF HALL
and UNKNOWN DEFENDANT OR DEFENDANTS          DEFENDANTS

## MOTION TO AMEND

### NOTICE

NOTICE is hereby given that the foregoing Motion will be brought on for hearing before Hon. Russell Alred, Judge Harlan Circuit Court, in the Harlan County Justice Center on the 25th day of August, 2011, at the hour of 9:00 a.m. or as soon thereafter as the Court may hear the same.

This 18th day of August, 2011.

_____
Johnnie L. Turner

### MOTION

Comes now the Plaintiff, LLOYD GROSS, by and through counsel and for his motion herein states as follows:

1. The Plaintiff filed this complaint listing the name of the Defendant as A.T. & T. Corp.

RECEIVED AUG 1 9 2011

-1-

2. Since the filing of this claim, the Plaintiff has been advised that the proper name of the Defendant is BELLSOUTH TEL COMMUNICATION'S LLC.

3. The Defendant, by and through counsel, has accepted and agreed that service has been accepted and requested the Defendant's name, A.T. & T. Corp. be changed list correctly as BELLSOUTH TEL COMMUNICATION'S LLC.

WHEREFORE, the Plaintiff, Lloyd Gross, moves the name of the Defendant be amended from A.T.& T. Corp. To BELLSOUTH TEL COMMUNICATION'S LLC and grand the Plaintiff any and all other relief to which it may appear he is entitled.

This the ____ day of August, 2011.

LLOYD GROSS

Johnnie L. Turner
**JOHNNIE L. TURNER,P.S.C.**
114 South First Street
P.O. Box 351
Harlan, Kentucky 40831
(606)573-9000 - telephone
(606)573-4404 - facsimile
johnnieturner@harlanonline.net

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing motion was served via first class mail on the following:

David Stratton
P.O. Box 1530
Pikeville, Kentucky 41501

Johnnie L. Turner
Attorney for Plaintiff

-3-

COMMONWEALTH OF KENTUCKY
26TH JUDICIAL CIRCUIT
HARLAN CIRCUIT COURT
CIVIL ACTION NO.  11-CI-00490

LLOYD GROSS,                                                    PLAINTIFF,

VS.

BELLSOUTH TELECOMMUNICATION'S LLC
STEVE NORRIS, JEFF HALL
and UNKNOWN DEFENDANT OR DEFENDANTS              DEFENDANTS

---

## AMENDED COMPLAINT

---

Comes now the Plaintiff, LLOYD GROSS, and for his Complaint herein states as follows:

1.      The Plaintiff, LLOYD GROSS, is and has been a resident of Harlan County, Wallins, Kentucky at all times relevant herein, with a mailing address of 3915 Highway 219, Wallins, Harlan County, Kentucky, 40873.

2.      The Defendant, BELLSOUTH TELECOMMUNICATION'S LLC, to the best of the Plaintiff's knowledge and belief is a foreign corporation doing business in Kentucky. Their headquarters is 675 W. Peachtree Street, NW, Suite 4514, Atlanta, Georgia, 30375. Their agent for service of process is CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, Kentucky, 40601.

3.  The Defendants, and UNKNOWN DEFENDANT, to the best of the Plaintiff's knowledge at all times relevant herein have been citizens and residents of Kentucky, and are employed by the Defendant, BELLSOUTH TELECOMMUNICATIONS' LLC., and worked or was responsible for work in Harlan County, Kentucky and were acting in the scope of employment while inspecting or working or responsible for inspecting the premises

-1-

RECEIVED AUG 1 9 2011

of the Plaintiff. The Plaintiff understands the employees who work in the Harlan area reports to the Corbin Office.

4. The Defendant, STEVE NORRIS, to the best of the Plaintiff's knowledge is and has been a citizen and resident of Kentucky, at all times herein, and an employee of the Defendant, BELLSOUTH TELECOMMUNICATION'S LLC, and to the best of the Plaintiff's knowledge is in Corbin, Kentucky and was acting in the scope of employment while responsible on the property of BELLSOUTH TELECOMMUNICATION'S LLC on premises of the Plaintiff.

5. The Defendant, JEFF HALL, to the best of the Plaintiff's knowledge is and has been a citizen and resident of Kentucky, at all times herein, and an employee of the Defendant, BELLSOUTH TELECOMMUNICATION'S LLC, located and this individual is located in Corbin, Kentucky and was acting in the scope of employment while responsible on the property of BELLSOUTH TELECOMMUNICATION'S LLC on premises of the Plaintiff.

6. On the 7th day of August, 2010, at around 5:00 p.m. the Plaintiff was mowing his lawn when he ran over wire belonging to BELLSOUTH TELECOMMUNICATION'S LLC connected to a utility pole and not visible to him and of which he was unaware. The wire then struck Mr. Lloyd Gross in the eye requiring someone take him to the local hospital where he was seen and then transferred to the University of Kentucky Hospital for treatment. To the best of the Plaintiff's knowledge, this wire belonged to BELLSOUTH TELECOMMUNICATION'S LLC and was placed on his property by the Unknown Defendant acting on behalf of the Defendant, BELLSOUTH TELECOMMUNICATIONS'S LLC.

7.      As a direct result of the negligent and careless acts of the Defendants, one or all, the Plaintiff suffered serious physical injuries to his eye, and other parts of his body.

8.      The Defendants, by allowing their wire to hang loosely down on the ground and not being clearly visible did so in the fashion aforedescribed and acted negligently, and with disregard for the safety of the Plaintiff.

9.      By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff, LLOYD GROSS, has suffered, and will in the future, continue to suffer, significant disability, great and excruciating pain and anguish both of body and mind.

10.     By reason of and as a direct and proximate consequence and as a result of the negligent acts of the Defendants, one or all, the Plaintiff, LLOYD GROSS, was as aforedescribed severely and permanently injured and as a result of said injuries has incurred medical expense in excess of $1,000.00.

11.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff is entitled to damages in excess of the jurisdiction of the District Court and within the jurisdiction of the Circuit Court.

12.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff has expended money for medical expenses in the past and will be required to expend sums of money for future medical expenses.

13.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendant, one or all, the Plaintiff, LLOYD GROSS, having been seriously and permanently injured as aforedescribed, has suffered and will continue to suffer great pain, anguish, anxiety and inconvenience for all of which he should recover from the Defendant

herein.

14.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendant, one or all,  and in light of the injuries resulting from such negligence, the Plaintiff is entitled to damages by reason of his power to earn having been diminished.

WHEREFORE, the Plaintiff, LLOYD GROSS, demands judgment of the Court against the Defendants both jointly and severely,  as follows:

1.      The Court grant judgment against the Defendants, BELLSOUTH TELECOMMUNICATION'S LLC, STEVE NORRIS, JEFF HALL, and UNKNOWN DEFENDANT OR DEFENDANTS, for past, present and future medical expenses.

2.      The Court grant judgment against the Defendant,   BELLSOUTH TELECOMMUNICATION'S LLC,   STEVE NORRIS, JEFF HALL,  and UNKNOWN DEFENDANT OR DEFENDANTS, for past, present, and future pain and suffering.

3.      The Court grant judgment against the Defendants,   BELLSOUTH TELECOMMUNICATION'S LLC,   STEVE NORRIS, JEFF HALL, and   UNKNOWN DEFENDANT OR DEFENDANTS, for Plaintiffs impairment to earn.

4.      The Plaintiff be granted a trial upon all issues regarding this matter.

5.      The Plaintiff be granted pre-judgement and post judgment interest.

6.      The Plaintiff be granted all his cost herein expended.

7.      The Court grant the Plaintiff all relief to which it may appear he is entitled.

This _____ day of _____, 2011.

-4-

LLOYD GROSS

Johnnie L. Turner
JOHNNIE L. TURNER, P.S.C.
114 South First Street
P.O. Box 351
Harlan, Kentucky 40831
(606) 573-9000 - telephone
(606) 573-4404 - facsimile
Johnnieturner@harlanonline.net

COMMONWEALTH OF KENTUCKY
26TH JUDICIAL CIRCUIT
HARLAN CIRCUIT COURT
CIVIL ACTION NO. 11-CI-00490

LLOYD GROSS,                                                    PLAINTIFF,

VS.

BELLSOUTH TELECOMMUNICATION'S LLC, STEVE NORRIS,
JEFF HALL and UNKNOWN DEFENDANT OR DEFENDANTS          DEFENDANTS

## ORDER

This matter being before the Court pursuant to the Plaintiff's motion to amend his

complaint to reflect the correct the exact spelling of the Defendant and the Court hearing no

objection and being sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED: the Plaintiff's Complaint is amended

to reflect the Defendant's name is BELLSOUTH TELECOMMUNICATION'S LLC.

This the ____ day of August, 2011.


_____
Hon. Russell Alred, Judge
HARLAN CIRCUIT COURT

DISTRIBUTION:

Johnnie L. Turner

David Stratton
P.O. Box 1530
Pikeville, Kentucky 41501

-1-

RECEIVED AUG 1 9 2011

COMMONWEALTH OF KENTUCKY
26TH JUDICIAL CIRCUIT
HARLAN CIRCUIT COURT



ENTERED IN MY OFFICE THIS
___ DAY OF _____ 20 __
PAUL F. WILLIAMS, Clerk
By _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ORDER
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS ORDERED AND DIRECTED

That all cases previously set for Thursday, August 25, 2011, are hereby continued until

Thursday, September 8, 2011 at 9:00 a.m. in Harlan Circuit Court due to streets being closed for the

Coal and Rail Centennial Celebration.  A copy of the August 25, 2011 Court Docket is hereby attached.

Ordered and Directed this 22 day of August, 2011.

_____
Russell D. Alred, Judge
Harlan Circuit Court

Distribution:

Counsel of Record                              ( )

UAP/DC   8-22-11
Clerk's Initials & Date

RECEIVED AUG 2 4 2011

BA-DC  8/24/11
J.D. DC - Circuit Civil Clerk

tendered 8-24-11 UAP/DC

COMMONWEALTH OF KENTUCKY
26TH JUDICIAL CIRCUIT
HARLAN CIRCUIT COURT
CIVIL ACTION NO. 11-CI-00499

ENTERED IN MY OFFICE THIS
29 DAY OF Aug 20 11
PAUL F. WILLIAMS, Clerk
By _____ UAP/DC

LLOYD GROSS,                                                    PLAINTIFF,

VS.

BELLSOUTH TELECOMMUNICATION'S LLC, STEVE NORRIS,
JEFF HALL and UNKNOWN DEFENDANT OR DEFENDANTS            DEFENDANTS

AGREED ORDER

_____

This matter being before the Court pursuant to the Plaintiff's motion to amend his complaint to reflect and correct corporate defendant of the Defendant; the Parties being in agreement to this matter, and the Court being sufficiently advised:

IT IS HEREBY AGREED, ORDERED, AND ADJUDGED: the Plaintiff's FIRST AMENDED Complaint is filed and the Defendant's name is amended to reflect its correct corporate defendant: BELLSOUTH TELECOMMUNICATION'S LLC.

This the ____ day of August, 2011.

Hon. Russell Alred, Judge
HARLAN CIRCUIT COURT

HAVE SEEN, AGREED TO &
DISTRIBUTION:

Johnnie L. Turner
P.O. Box 351
Harlan, Kentucky 40831

David Stratton
P.O. Box 1530
Pikeville, Kentucky 41501

RECEIVED AUG 3 1 2011

Tendered 8-18-11 UAP loc

FILED IN MY OFFICE
STATE TAX PAID SUMMONS
_____ 3 COPIES ISSUED
Summons                RAP
THIS 29 DAY OF Aug      20 11
Paul J. Williams       GH
_____ UAP

COMMONWEALTH OF KENTUCKY
26TH JUDICIAL CIRCUIT AND
HARLAN CIRCUIT COURT
CIVIL ACTION NO. 11-CI-00490

LLOYD GROSS,                                          PLAINTIFF,

                                   VS.

BELLSOUTH TELECOMMUNICATION'S LLC
STEVE NORRIS, JEFF HALL
and UNKNOWN DEFENDANT OR DEFENDANTS            DEFENDANTS

---

## AMENDED COMPLAINT

---

Comes now the Plaintiff, LLOYD GROSS, and for his Complaint herein states as

follows:

1.     The Plaintiff, LLOYD GROSS, is and has been a resident of Harlan County,

Wallins, Kentucky at all times relevant herein, with a mailing address of 3915 Highway 219,

Wallins, Harlan County, Kentucky, 40873.

2.     The Defendant, BELLSOUTH TELECOMMUNICATION'S LLC, to the best

of the Plaintiff's knowledge and belief is a foreign corporation doing business in Kentucky.

Their headquarters is 675 W. Peachtree Street, NW, Suite 4514, Atlanta, Georgia, 30375.

Their agent for service of process is CT Corporation System, 306 W. Main Street, Suite 512,

Frankfort, Kentucky, 40601.

3.   The Defendants, and UNKNOWN DEFENDANT, to the best of the Plaintiff's

knowledge at all times relevant herein have been citizens and residents of Kentucky, and

are employed by the Defendant, BELLSOUTH TELECOMMUNICATIONS' LLC., and

worked or was responsible for work in Harlan County, Kentucky and were acting in the

scope of employment while inspecting or working or responsible for inspecting the premises

RECEIVED AUG 3 1 2011

of the Plaintiff. The Plaintiff understands the employees who work in the Harlan area reports to the Corbin Office.

4. The Defendant, STEVE NORRIS, to the best of the Plaintiff's knowledge is and has been a citizen and resident of Kentucky, at all times herein, and an employee of the Defendant, BELLSOUTH TELECOMMUNICATION'S LLC, and to the best of the Plaintiff's knowledge is in Corbin, Kentucky and was acting in the scope of employment while responsible on the property of BELLSOUTH TELECOMMUNICATION'S LLC on premises of the Plaintiff.

5. The Defendant, JEFF HALL, to the best of the Plaintiff's knowledge is and has been a citizen and resident of Kentucky, at all times herein, and an employee of the Defendant, BELLSOUTH TELECOMMUNICATION'S LLC, located and this individual is located in Corbin, Kentucky and was acting in the scope of employment while responsible on the property of BELLSOUTH TELECOMMUNICATION'S LLC on premises of the Plaintiff.

6. On the 7th day of August, 2010, at around 5:00 p.m. the Plaintiff was mowing his lawn when he ran over wire belonging to BELLSOUTH TELECOMMUNICATION'S LLC connected to a utility pole and not visible to him and of which he was unaware. The wire then struck Mr. Lloyd Gross in the eye requiring someone take him to the local hospital where he was seen and then transferred to the University of Kentucky Hospital for treatment. To the best of the Plaintiff's knowledge, this wire belonged to BELLSOUTH TELECOMMUNICATION'S LLC and was placed on his property by the Unknown Defendant acting on behalf of the Defendant, BELLSOUTH TELECOMMUNICATIONS'S LLC.

7.     As a direct result of the negligent and careless acts of the Defendants, one or all, the Plaintiff suffered serious physical injuries to his eye, and other parts of his body.

8.     The Defendants, by allowing their wire to hang loosely down on the ground and not being clearly visible did so in the fashion aforedescribed and acted negligently, and with disregard for the safety of the Plaintiff.

9.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff, LLOYD GROSS, has suffered, and will in the future, continue to suffer, significant disability, great and excruciating pain and anguish both of body and mind.

10.     By reason of and as a direct and proximate consequence and as a result of the negligent acts of the Defendants, one or all, the Plaintiff, LLOYD GROSS, was as aforedescribed severely and permanently injured and as a result of said injuries has incurred medical expense in excess of $1,000.00.

11.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff is entitled to damages in excess of the jurisdiction of the District Court and within the jurisdiction of the Circuit Court.

12.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendants, one or all, the Plaintiff has expended money for medical expenses in the past and will be required to expend sums of money for future medical expenses.

13.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendant, one or all, the Plaintiff, LLOYD GROSS, having been seriously and permanently injured as aforedescribed, has suffered and will continue to suffer great pain, anguish, anxiety and inconvenience for all of which he should recover from the Defendant

herein.

14.     By reason of and as a direct and proximate consequence of the negligent acts of the Defendant, one or all, and in light of the injuries resulting from such negligence, the Plaintiff is entitled to damages by reason of his power to earn having been diminished.

WHEREFORE, the Plaintiff, LLOYD GROSS, demands judgment of the Court against the Defendants both jointly and severely, as follows:

1.     The Court grant judgment against the Defendants, BELLSOUTH TELECOMMUNICATION'S LLC, STEVE NORRIS, JEFF HALL, and UNKNOWN DEFENDANT OR DEFENDANTS, for past, present and future medical expenses.

2.     The Court grant judgment against the Defendant, BELLSOUTH TELECOMMUNICATION'S LLC, STEVE NORRIS, JEFF HALL, and UNKNOWN DEFENDANT OR DEFENDANTS, for past, present, and future pain and suffering.

3.     The Court grant judgment against the Defendants, BELLSOUTH TELECOMMUNICATION'S LLC, STEVE NORRIS, JEFF HALL, and UNKNOWN DEFENDANT OR DEFENDANTS, for Plaintiffs impairment to earn.

4.     The Plaintiff be granted a trial upon all issues regarding this matter.

5.     The Plaintiff be granted pre-judgement and post judgment interest.

6.     The Plaintiff be granted all his cost herein expended.

7.     The Court grant the Plaintiff all relief to which it may appear he is entitled.

This _____ day of _____, 2011.

LLOYD GROSS

Johnnie L. Turner
JOHNNIE L. TURNER, P.S.C.
114 South First Street
P.O. Box 351
Harlan, Kentucky 40831
(606) 573-9000 - telephone
(606) 573-4404 - facsimile
Johnnieturner@harlanonline.net

-5-